IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR91 |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYD THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's objection to magistrate judge's report and recommendation (Filing No. 73), recommending that defendant's motion to suppress evidence (Filing No. 59) be denied. The Court has reviewed the objection, together with the report and recommendation (Filing No. 64) and the transcript of the hearing (Filing No. 69), and finds the report and recommendation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted.

2) Defendant's objection to said report and recommendation is overruled. Defendant's motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Wednesday, April 11, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 11th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court